**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOBBY JEHU STROUP,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　) 　　3:07-CV-99-BES-VPC
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　) 　　**ORDER**
T. BISHOP, S. MacARTHUR, L.　　　　)
WILLIAMSON, T.D.'AMICO, E.K.　　　　)
McDANIEL,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　)
_____)

　　　　Before the Court is the Report and Recommendation of the United States Magistrate Judge (#42) filed on November 7, 2007, in which the Magistrate Judge recommends that this Court enter an order denying Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (Doc #16) filed June 27, 2007. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendations (Doc #44) on November 21, 2007. Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendations (Doc #46) on December 6, 2007.

　　　　Also, before the Court is the Report and Recommendation of the United States Magistrate Judge (Doc #49) filed on December 20, 2007, in which the Magistrate Judge recommends that this Court enter an order granting Defendants' Motion to Dismiss First Amended Complaint (Doc #14) filed on June 15, 2007, Defendants Bishop, D'Amico, and McDaniel's Motion to Dismiss (Doc #17/19) filed July 9, 2007, be granted in part as to Defendant D'Amico and denied in part as to Defendants Bishop and McDaniel; and Plaintiff's Cross Motion for Summary Judgment (Doc #30) be denied. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (Doc #51) on January 14, 2008. Defendants

filed their Response to Objections to Magistrate Judge's Report and Recommendations (Doc #52) on January 16, 2008.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(B)(1)(b) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. §636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (Doc #42) entered on November 7, 2007, is adopted and accepted without modification. Thus, in accordance with the Report and Recommendation, Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (Doc #16) is DENIED.

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation (Doc #49) entered December 20, 2007, is adopted and accepted without modification. Thus, in accordance with the Report and Recommendation,

1. Defendants MacArthur and Williamson's Motion to Dismiss (Doc #14) is GRANTED;

2. Defendants Bishop, D'Amico, and McDaniel's Motion to Dismiss (Doc #17/19) be GRANTED IN PART as to Defendant D'Amico and DENIED IN PART as to Defendants Bishop and McDaniel; and

3. Plaintiff's Cross-Motion for Summary Judgment (Doc #30) is DENIED.

IT IS SO ORDERED.

Dated: This 17th day of January, 2008.

_____
BRIAN SANDOVAL
United States District Judge