AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

BOBBY JEHU STROUP,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:07-CV-00099-BES-VPC**

T. BISHOP, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' Motion for Summary Judgment (#60) is GRANTED. IT IS FURTHER ORDERED that plaintiff's Objections to Magistrate Judge's Report and Recommendation (#65) is DENIED.

   January 7, 2009                            **LANCE S. WILSON**
                                                              Clerk

                                                          /s/ D. R. Morgan
                                                          Deputy Clerk